■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL J. MACON, Appellant.— Appeal by the defendant from an order of the County Court, Kings County, dated November 24, 1959, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered April 8, 1958, convicting him, after a jury trial, of burglary in the third degree and petit larceny, and sentencing him as a third felony offender to serve a term of 6 to 10 years. The application was predicated upon the claims that assigned counsel did not confer with defendant in advance of the trial, that such counsel failed to prepare a proper defense, and that during the course of the trial such counsel was inept and inefficient. It appears that counsel was present during the two court days on which the trial was conducted and the defendant sentenced, and that defendant made no complaint at that time with respect to counsel. Order affirmed (*People v. Hughes*, 10 A D 2d 990). Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MILES, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered April 18, 1958, convicting him, after a jury trial, of grand larceny in the first degree, and sentencing him, as a third felony offender, to serve a term of 5 to 10 years. Judgment reversed on the law, and the action remitted to the said County Court for compliance with section 480 of the Code of Criminal Procedure and for such further proceedings as may be proper upon the verdict of guilty after compliance with said section. The findings of fact implicit in the jury's verdict are affirmed. Although the conviction of defendant was otherwise proper in all respects, the judgment was defective in that defendant was not afforded the opportunity to show legal cause why judgment should not be pronounced against him (Code Crim. Pro., § 480; *People ex rel. Miller v. Martin*, 1 N Y 2d 406; *People v. De Groat*, 5 A D 2d 927). Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.